**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ANDREA LUCERO CORDON-CASTANEDA and DYLAN AARON VARGAS-CORDON,

Petitioners,

v.

NEWARK IMMIGRATION COURT,

Respondent.

Civ. Action No. 26-8464 (JXN)
Civ. Action No. 26-8467 (JXN)

**ORDER TO ANSWER**

**NEALS**, District Judge

Before the Court are Petitioners Andrea Lucero Cordon-Castaneda and Dylan Aaron Vargas-Cordon's ("Petitioner") *pro se* Petitions for Writ of Habeas Corpus ("Petitions") pursuant to 28 U.S.C. § 2241 challenging their detention. (Civ. No. 26-8464, ECF No. 1 and Civ. No. 26-8467, ECF No. 1, respectively.)

In accordance with Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rules"), which is applicable to § 2241 cases through Rule 1(b) of the Habeas Rules, this Court has screened the Petition for dismissal and determined that dismissal without an answer and the record is not warranted.

Also before the Court are Petitioners' Motions to Reopen and Withdraw, seeking to removal of counsel and to reopen their immigration proceedings ("Motions"). (Civ. No. 26-8464, ECF No. 2 and Civ. No. 26-8467, ECF No. 2, respectively.) The Court has reviewed Petitioners' Motions and find that they are not Motions before this Court. They are Motions that Petitioners

have filed in the Newark Immigration, which Petitioner are providing the Court with copies of. As such, the Court will terminate the motions.

Accordingly,

**IT IS**, on this 17th day of July 2026,

**ORDERED** that the Clerk of the Court shall serve a copy of the Petitions, (Civ. No. 26-8464, ECF No. 1 and Civ. No. 26-8467, ECF No. 1), and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition, (Civ. No. 26-8464, ECF No. 1 and Civ. No. 26-8467, ECF No. 1), and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that the Clerk of the Court shall file a copy of this order on both dockets: Civ. No. 26-8464 and Civ. No. 26-8467; it is further

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** Petitioners' Motions to Reopen and Withdraw (Civ. No. 26-8464, ECF No. 2 and Civ. No. 26-8467, ECF No. 2, respectively); it is further

**ORDERED** that within three (3) days of the date of the entry of this Order, Respondents shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition paragraph by paragraph; and it is further

**ORDERED** that the answer shall address the Court's jurisdiction over Petitioners' Petitions considering they do not currently appear to be in custody; and it is further

**ORDERED** that Respondents shall confirm whether Petitioners have pending Motions to Reopen their voluntary departure orders with the Immigration Court in Newark, New Jersey; if

Petitioners have filed a Petition for Review with the Third Circuit Court of Appeals; and if Petitioners' requests to remove their counsel in Immigration Court has been considered; it is further

**ORDERED** that Respondents shall raise by way of the answer any appropriate defenses which Respondents wish to have the Court consider, including, but not limited to, exhaustion of administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the Answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within three (3) days after the answer is filing; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Order upon Petitioners by regular U.S. Mail and upon Respondents electronically.

**JULIEN XAVIER NEALS**
**United States District Judge**